IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:11-CV-095-FDW-DCK

| | |
|---|---|
| MARC HUBBARD, | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| JPMORGAN CHASE BANK, N.A., | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 3) concerning Michael G. Salemi, filed February 24, 2011. Mr. Salemi seeks to appear as counsel *pro hac vice* for Defendant JP Morgan Chase Bank, N.A.

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby grants the motion.

In accordance with Rule 83.1(B) of this Court's Local Rules, Mr. Salemi is admitted to appear before this court *pro hac vice* on behalf of Defendant JP Morgan Chase Bank, N.A.

Signed: February 28, 2011

David C. Keesler
United States Magistrate Judge