IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:11-CV-095-FDW-DCK

| | |
|---|---|
| MARC HUBBARD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| JPMORGAN CHASE BANK, N.A., ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 4) concerning Tiffany Sorge Smith, filed February 24, 2011. Ms. Smith seeks to appear as counsel *pro hac vice* for Defendant JP Morgan Chase Bank, N.A.

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby <u>grants</u> the motion.

In accordance with Rule 83.1(B) of this Court's Local Rules, Ms. Smith is admitted to appear before this court *pro hac vice* on behalf of Defendant JP Morgan Chase Bank, N.A.

Signed: February 28, 2011

David C. Keesler
United States Magistrate Judge